No. 53042.—Inter-Maritime Forwarding Co., Inc., et al. *v.* United States, protests 88071–K, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

No. 53043.—Eugene Dietzgen Corp. et al. *v.* United States, protests 103595–K, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

No. 53044.—E. C. Carter & Son, Inc., et al. *v.* United States, protests 109217–K, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

No. 53045.—Rhode Island Lace Co. et al. *v.* United States, protests 111393–K, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

No. 53046.—British & South American Import Co. et al. *v.* United States, protests 144346–K, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

BEFORE THE THIRD DIVISION, APRIL 20, 1949

No. 53047.—L. Bamberger & Co. *v.* United States, petition 6691–R (New York).

Opinion by CLINE, J. The petition was dismissed.

BEFORE THE THIRD DIVISION, APRIL 21, 1949

No. 53048.—Massachusetts Textile Company *v.* United States, protests 54453–K and 76804–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.